UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND
ANNUITY FUNDS,

Index No.: 07-CIV-6282 (CLB)

Plaintiffs,

**VOLUNTARY NOTICE
OF DISMISSAL & ORDER**

-against-

CAFFIERO PAINTING COMPANY, INC.,

Defendants.

-------------------------------------------------------------------x

Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the

plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above

entitled action.


Dated: September 4, 2007
      Elmsford, New York

Dana L. Henke, Esq. (DLH3025)
Attorney for Plaintiff
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

SO ORDERED  September 4, 2007

Honorable Charles L. Brieant, U.S.D.J.